UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSIGHT GLOBAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BEACON HILL STAFFING GROUP, LLC,<br><br>    Defendant. | Case No. 5:17-cv-00309-BLF (HRL)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 1**<br><br>Re: Dkt. No. 37 |

The court requires Insight Global to lodge with chambers the Schedules A and B referenced in Discovery Dispute Joint Report No. 1.

SO ORDERED.

Dated:  March 16, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge