UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSIGHT GLOBAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BEACON HILL STAFFING GROUP, LLC,<br><br>Defendant. | Case No. 17-cv-00309-BLF<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S NON-DISPOSITIVE PRE-TRIAL ORDER**<br><br>[Re: ECF 47] |

Before the Court is Defendant's Motion for Relief from Non-Dispositive Pre-Trial Order of Magistrate Judge (ECF 46). ECF 47. A magistrate judge's non-dispositive pre-trial order may be modified or set aside if it is "clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). "[T]he magistrate's factual determinations are reviewed for clear error, and the magistrate's legal conclusions are reviewed to determine whether they are contrary to law." *Perry v. Schwarzenegger*, 268 F.R.D. 344, 348 (N.D. Cal. 2010).

Having reviewed Defendant's motion and the magistrate judge's pre-trial order (ECF 46), the Court finds no "clear error" in the magistrate judge's factual determinations and does not find that the magistrate judge's legal conclusions are "contrary to law." *See Perry*, 268 F.R.D. at 348. Accordingly, Defendant's motion at ECF 47 is hereby DENIED.

**IT IS SO ORDERED.**

Dated: January 9, 2019

_____
BETH LABSON FREEMAN
United States District Judge